UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCOTT SMITH | ) | Civil Action No. 22-10219 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| APHEX BIOCLEANSE SYSTEMS, INC., | ) | |
| DAVID R. OLUND, and | ) | |
| CHARLES RAGLAND | ) | |
| Defendants. | ) | |

AFFIDAVIT OF SCOTT SMITH
IN SUPPORT OF SURREPLY IN OPPOSITION TO MOTION TO DISMISS

I, Scott Smith, hereby certify, under the pains and penalties of perjury, that the following
statements made upon personal knowledge are true and accurate:

1.    The written employment contract, attached to my complaint as Exhibit 2 (Doc. No. 4-2),
      was negotiated, partly drafted, and signed by me in Massachusetts.

2.    My written employment contract with Aphex had nothing to do with Aphex's marketing
      plans and nothing to do with the CMO position.

3.    I never spoke with or had any discussions with Aphex's CEO, David Weaver, about my
      filling the position of CMO for Aphex.
                                              ***

4.    Contrary to paragraph 7 of Ragland's affidavit, dated March 23, 2022, wherein he states:

          **"the suit related conduct took place with Smith wherever he was located
          (almost always not in Massachusetts)."**

      (*See,* Doc. No. 21-1 at 4), I did not spend much time traveling out-of-state. Massachusetts
      was my base of operations where I spent the overwhelming majority of my time.

5.    The nature of my work as CSO was not all office-based, and included on-site visits and
      field work. Equipment that Aphex provided to me to support my field work in Martha's
      Vineyard for the Town of Tisbury, MA included rope lines, anchors, product samples,
      and the like, which I was authorized to use or purchase and the expenses for which I was
      reimbursed.

6.    My transacting business in Massachusetts, on Martha's Vineyard, on behalf of Aphex
      was not limited to the Town of Tisbury's waste-water treatment problems. There were
      several other visits related to other opportunities, including:

An oil spill in the harbor from a large vessel where two samples of
AquaFlex/BioFoam was used to cleaned up the entire spill quickly
and without spreading;

Discussions with a local reporter about running a story about the use
and efficacy of Aphex products on the Vineyard;

An invitation from a fashion designer to attend an event at this home on Martha's
Vineyard to promote and work with BioFoam BioShield face masks; and

Scheduling other follow up meetings including, but not limited to, with
municipalities, fire chiefs, an oil company on Island, and the harbor master.

The oil company had already been working with the harbor master on a program
incorporating sustainable Open-Cell foam to scale up for 2022 putting BioFoam in all
storm drains and combining with Hy-IQ for disinfection.

7.      Between or about November 2021 to December 2021, the defendant, David R. Olund
("Olund"), had directed me to go on a sales call within Massachusetts and had been
making arrangements for me to meet in Massachusetts with a man named Anthony
DeAntonio. Olund had told me that he knew and worked with Mr. DeAntonio, that Mr.
DeAntonio was the CEO of a company called Zapvir, and that he lived and worked in
Gloucester, MA.

8.      All Aphex employees work from home. There were but a few employees among them
who additionally visited an office in NY or factory in FL. To my knowledge, Scott
Buckley and Rebecca Buckley are the only employees of Aphex who, in addition to
working at home, worked at the factory in FL with any degree of regularity. The same
may have been true of David Weaver with respect to the NY office.

9.      In addition to using my home as an office for Aphex, my home was also used by Aphex
to store its inventory and as a packing and shipping facility. My garage had been filled up
with so much of the company's inventory that I could no longer use it for my car. I
regularly packed and shipped Aphex product samples, that were being warehoused in my
garage, to potential customers of Aphex. I packed and shipped countless Aphex products
samples (various BioFoam/Hy-IQ products) from Massachusetts. I selected and packaged
product samples from my home in Massachusetts, then drove them to a Federal Express
shipping outlet in Massachusetts to be delivered to numerous destinations throughout the
United States. For example, in 2021, within a 6-month period, I completed at least 20
shipments of various product samples from Massachusetts, on behalf of Aphex.

10.     Other than employee home offices, Aphex had three physical locations that the company
used to operate its business: an office in Pittsford, NY, a factory in Port Richey, FL, and a
packing and shipping facility (my home) as well as a storage facility (my garage) in
Osterville, MA.

11.    An email from FedEx, dated August 6, 2021, confirming an *internal*, company shipment of product samples that Aphex made from its storage facilities in Osterville, MA to its offices in Pittsford, NY, is attached hereto as **EXHIBIT "1"**. This was the largest shipment of product samples that I had sent because it was going to Mark Washo, Aphex's Senior Vice President of Sales, to be further distributed from the NY location.

12.    Aphex also made *internal* company shipments of product (Hy-IQ) from its factory in Port Richey, FL to its packing and storage facilities in Osterville, MA. The cases of Hy-IQ products that were stored in my garage all came from the factory in Port Richey, FL where the Hy-IQ products were bottled.

13.    On August 13, 2021, defendant, Olund, sent me an email to pack and ship Aphex product samples from my home in Massachusetts, where it was known to Olund that Aphex stored and shipped its inventory in and from Massachusetts, to a potential customer/business partner. A true and accurate copy of Olund's August 13, 2021 email is attached hereto as **EXHIBIT "2"**.

                                                    ***

14.    On February 27, 2022, Aphex, via Oland, sent notice of a special board meeting to vote on terminating me as a board member, citing, among the reasons therefore, my having filed this lawsuit against Aphex for non-payment of wages and reiterated its denials that I had a valid employment agreement with Aphex. A true and accurate copy of the notice of Special Board Meeting, dated February 27, 2022, is attached hereto as **EXHIBIT "3"**.

15.    On or about March 1, 2022, Aphex and five individuals, Olund, Ragland, Attorney Robert Flynn, Jr., Esq., Thomas Fitzgerald, Chairman, and Scott Buckley, director, held a board meeting for the purpose of terminating my employment as a member of its Board of Directors, citing this lawsuit as grounds therefore. As usual, I attended this board meeting from Massachusetts. The meeting was "tabled" for two days, after Buckley had pointed out the complete absence of any evidence against me, so that Flynn could confer with Buckley to get him to vote against me.

16.    On or about March 3, 2022, Aphex and the five individuals reconvened their special board meeting at which time, board members Olund, Ragland, Fitzgerald, and Buckley voted in favor of terminating my employment as a director of Aphex's board. I was notified of my termination by phone conference while I was in Massachusetts.

                                                    ***

17.    For that portion of wages that were paid to me, my W-2 for 2021 shows that Aphex paid MAPFL and MAPML taxes to Massachusetts.

March 31, 2022                                          /s/Scott Smith
                                                        Scott Smith

# EXHIBIT 1

**Subject:** FedEx Shipment 282293213140 Notification
**Date:**    Friday, August 6, 2021 at 4:42:14 PM Eastern Daylight Time
**From:**    TrackingUpdates@fedex.com
**To:**      Scott Smith

This tracking update has been requested by:

Company Name:        Scott Smith
Name:                'not provided  by requestor'
E-mail:              ssmith@aqflx.com

Scott Smith sent Mark Washo 1 FedEx 2Day® package(s).  This shipment is  scheduled to be sent on 08/06/2021.

Reference information includes:

Ship date:                    Aug 6,  2021
Estimated delivery date:           Tue,  8/10/2021 by 4:30 pm
Service type:                 FedEx 2Day®
Packaging type:               FedEx® Pak
Number of pieces:                 1
Weight:                  1.00  lb.
Special handling/Services          Deliver  Weekday
Standard transit:             8/10/2021  by 4:30 pm
Status:              Picked up

Tracking number:              282293213140

Shipper Information           Recipient Information
Osterville             Pittsford
MA                     NY
US                     US

Please do not respond to this message. This email was sent from an unattended  mailbox. This report was generated
at approximately 3:42 PM  CDT on  08/06/2021.

The shipment is scheduled for delivery on or before the scheduled delivery   displayed above. FedEx does not
determine money-back guarantee or  delay claim requests based on the scheduled delivery. Please see the
FedEx  Service Guide for terms  and
conditions of service, including the FedEx Money-Back Guarantee,  or contact  your FedEx customer support
representative.

To track the status of this shipment online, please use the following:  https://www.fedex.com/apps/fedextrack/?

action=track&tracknumbers=282293213140&language=en&opco=FX&clientype=ivother

Standard transit is the date and time the package is scheduled to be delivered  by, based on the selected service, destination and ship date. Limitations  and exceptions may apply. Please see the FedEx Service Guide for  terms and conditions of
service, including the FedEx Money-Back Guarantee, or contact your FedEx  Customer Support representative.

© 2021 Federal Express Corporation. The content of this message is protected  by copyright and trademark laws under U.S. and international law. You  can access our privacy policy by searching the term on fedex.com. All  rights reserved.

Thank you for your business.

# EXHIBIT 2

**Subject:** Fwd: SAMPLES REQUEST PLEASE
**Date:**   Friday, August 13, 2021 at 12:41:02 PM Eastern Daylight Time
**From:**   David Olund
**To:**     Scott Smith
**CC:**     Tony Fedor

Dear Scott,

The following is from Kevin Dubois. He needs samples and as you read his request, he needs ALL of the samples to go to his biz address at Paragon in NC. (following) He is sitting on some huge potential business. He itemized, but you can add up the totals. Will be well worth the effort. Thank you in advance for the follow up. All best, Dave Olund

PARAGON SOLUTIONS US, INC.
1013 Pea Ridge Road, Suite 100
New Hill, NC 27562
TEL: (508) 845-9915
Dock: 9:30am - 4:00pm


Get BlueMail for Desktop

-------- Original Message --------
Subject: SAMPLES REQUEST PLEASE
Date: Thu Aug 12 2021 19:23:46 GMT-0400 (Eastern Daylight Time)
From: "Kevin DuBois" <kdubois@paragonsolutionsus.com>
To: "David Olund" <dolund@aphexus.com>

PARAGON SOLUTIONS US, Inc.

Hello Dave,

We had a great call today. I appreciate you taking the time.

Per our discussion and the tremendous opportunity with my customers please send me the following. I am running this through you because of the lack of urgency that I have received for samples in the past. Send everything to me and I will send to my customers.

X3 Clean - sold 10 million boxes of disposable masks last week.
    4 BioFoam Face Masks
    1 X-large Face Mask

Artemis BioSolutions - Mold Remediation Business and Large Hemp Pot distributor and more.
    4 BioFoam Face Masks
    1 X-large Face Mask

American Chemical Solutions - Large Restaurant, Food service and hospitality supplier.
    4 BioFoam Mits
    1 Each of the wipe, sponge etc.
    2 BioFoam Face Masks
    1 X-large Face Mask

Myself
    8 Biofoam Faceface Masks - **4 OF THESE ARE FOR PERSONAL USE**
    1 X-large Face Mask
    1 BioFoam Mit

These are in addition to the single each samples that I am still waiting for.

**FULL DISCLOSURE: I WILL BE USING 4 OF THE FACEMASKS FOR MYSELF, WIFE AND TWO KIDS. I AM MORE THAN HAPPY TO PAY FOR THESE AT A DISCOUNT IF NEEDED. LET ME KNOW AND I WILL GIVE SCOTT MY CREDIT CARD.**

Thank you for expitditing this for me. I do not want to lose the forward momentum.


***Please excuse CAPS and any spelling errors. I am doing my best to respond to emails as quickly as possible. Thank you.***

Sincerely,

Kevin DuBois
Paragon Solutions U.S., Inc.
Tel: (508) 845-9915


Help fight SPAM...Please do not share, distribute, or junk mail the above email address.
--------------------------------------------------------
This email message is for the sole use of the intended recipient(s) and may contain privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
--------------------------------------------------------

# EXHIBIT 3

February 27, 2022

Sent Via Email to the Directors of Aphex BioCleanse Systems Inc.

Tom Fitzgerald – Chairman
David Olund – Director / Secretary
Chuck Ragland – Director
Scott Buckley – Director
Scott Smith – Director

**Notice of Special Board Meeting of the Directors of Aphex BioCleanse Systems Inc.**

Dear Directors,

Notice is now given that a special meeting of the Board of Directors has been called by Thomas Fitzgerald, Chairman, to be held at 3 PM EST on Tuesday March 1, 2022 via Conference Call In as noted below. The Special Meeting shall be for the following purpose(s):

1. The Board will decide whether or not to make the Suspension of Scott Smith as a Director of the Company permanent, specifically based upon misconduct detrimental to the Company.

2. The Board will review the following allegation and actions of Scott Smith:

a.   Scott Smith never advised the Board of Directors of his intent to file a lawsuit and never received approval to file a lawsuit, which is detrimental and damaging to the shareholders of the Company;

b. Scott Smith refused to answer the request by the Chairman to list the IP that he specifically has represented he is the Inventor and Owner. It is apparent that Scott Smith is not the owner of the core IP relating to Oil Remediation and Open Cell Technology. Scott Smith has made numerous written and verbal representations of the multi million dollar assets he would be contributing to the Company.

c. Scott Smith has engaged in inappropriate and dishonest communication with Company shareholders as well as key Company business contacts and clients which damage the company's reputation and ability to move forward. Further Scott Smith appears to be playing a key role in fomenting and promoting an ongoing conspiracy being perpetrated by several individuals including known Bad Actors Peyton Jackson and Richard Mallion.

d. During Scott Smith's time as a Director, and with no valid employment contract, Scott Smith provided no value to the Company in sales or capital. Instead, insisted in creating false concerns to shareholders and clients as well as an endless stream of emails raising questions that were also answered. As a result, Counsel, Directors and Employees had to spend inordinate amount of time dealing the chaos created by Director Scott Smith with no basis. It appears that

Scott Smith has been more interested in promoting the conspiratorial agenda of certain people, including previously dismissed Directors and others instead of working to conclude sales and promote the Company's interest.


The call in number is 617-769-8055 and the meeting time will be 3PM EST, Tuesday March 1, 2022.


Sincerely,


David R Olund
Secretary – Director of Aphex BioCleanse Systems Inc
dolund@aphexus.com